**Hand-Delivered**

FILED
CHARLOTTE, NC

APR 24 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

**JURY TRIAL DEMANDED**

**COMPLAINT**    3:26-CV-322-FDW

## I. PARTIES

1. Plaintiff Imani Allen is an individual and former employee of Defendant.

2. Defendant ~~Brown & Brown Risk Solutions, Inc.~~ *(LA)* is a corporation conducting business in this District.

*Brown & Brown Inc ("Brown & Brown") the parent company of Beecher Carlson Insurance Services, now known as Brown & Brown RS Insurance Services, LLC ("Risk Solutions")*

## II. JURISDICTION AND VENUE

3. This action arises under Title VII of the Civil Rights Act of 1964.

4. Jurisdiction is proper under 28 U.S.C. § 1331.

5. Venue is proper in this District.

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. Plaintiff filed a Charge of Discrimination with the EEOC.

7. The EEOC issued a Notice of Right to Sue, and this action is timely filed.

## IV. FACTUAL ALLEGATIONS

8. Plaintiff began employment on June 1, 2023.

9. Shortly thereafter, Plaintiff experienced hostility and discriminatory treatment.

10. Plaintiff reported this conduct to management and Human Resources.

11. Despite notice, Defendant failed to take corrective action.

12. Plaintiff continued to experience harassment, including derogatory comments and work interference.

13. Plaintiff consistently performed at a high level and received recognition.

14. In 2025, Plaintiff reported racial discrimination, including the use of racial slurs.

15. Defendant failed to conduct a reasonable investigation into Plaintiff's complaints.

16. Upon information and belief, Mohamud Diini was induced and compensated by Raven James and Sara Caldwell to submit a false allegation against Plaintiff, which Defendant accepted and circulated without conducting a reasonable investigation.

17. Plaintiff was placed on a Performance Improvement Plan on June 20, 2025.

18. Plaintiff successfully completed the PIP.

19. Plaintiff was terminated on July 30, 2025.

20. Defendant's stated reason for termination was pretextual.

21. Following termination, Plaintiff pursued remedies through the EEOC conciliation process.

22. In or about February 2026, Defendant extended a monetary settlement offer to Plaintiff during the EEOC conciliation process.

23. Defendant subsequently withdrew the settlement offer and requested that the EEOC close the matter without resolution.

24. Defendant's conduct demonstrates awareness of liability and supports Plaintiff's claims.

**V. CAUSES OF ACTION**

COUNT I – Race Discrimination (Title VII)

COUNT II – Hostile Work Environment (Title VII)

COUNT III – Retaliation (Title VII)

COUNT IV – Negligent Supervision and Retention

**VI. PRAYER FOR RELIEF**

Plaintiff requests:

- Back pay and front pay

- Compensatory damages of at least $500,000

- Punitive damages of at least $2,000,000

- Attorneys' fees and costs

- Pre- and post-judgment interest

- Reimbursement of $30 plus $60/day from January 19, 2026 through present and continuing

- Any other relief the Court deems appropriate

**VII. JURY DEMAND**

Plaintiff demands a trial by jury.

**VIII. SIGNATURE**

Imani Allen
Plaintiff, Pro Se